UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
YVETTE MARIANO,

                      Plaintiff,

                v.

LA FITNESS INTERNATIONAL, LLC, d/b/a a/k/a LA
FITNESS, INC., LA FITNESS and LA FITNESS
SPORTS CLUBS, and ANABELL SERANO a/k/a
ANDY SERANO,

                      Defendants.
----------------------------------------X

No. 09-CV-1395 (LDW) (ETB)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 6.1 of the Local Rules, as well as the accompanying Memorandum of Law, the Declaration of Andrew S. Baron, dated September 10, 2009, and the exhibits annexed thereto, the undersigned attorneys for Defendants LA Fitness International, Inc. and Anibal Serrano (collectively, "Defendants") will move before The Honorable E. Thomas Boyle on October 6, 2009 at 9:30 am, or at such other time as shall be determined by the Court, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, for an Order granting Defendants' motion for attorneys' fees and costs and/or granting such other relief to Defendants as the Court deems just and proper.

Dated: September 10, 2009
       New York, New York

WOLLMUTH MAHER & DEUTSCH LLP

By: _____
     William F. Dahill
     Marc L. Abrams
     Andrew S. Baron

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Attorneys for Defendants*