# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

December 9, 2009

**VIA ECF**

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    Mariano v. LA Fitness International, LLC,
                No. 09-CV-1395

Dear Judge Boyle:

      We write regarding Plaintiff's request for an extension of fact discovery, which ends this Friday, December 11, 2009. As outlined below, this matter has been in fact discovery for over 4 months. During that time, Plaintiff has failed to engage in any discovery despite Defendants' numerous letters and telephone calls requesting that she do so. See Exhibit A. This conduct is indicative of Plaintiff's overall failure and unwillingness to prosecute this matter. For this reason, we oppose the request for the extension as Plaintiff has had sufficient time to engage in the discovery process. If an extension is granted, Defendants respectfully request that it be a one-time extension and that the Court grant no further extensions if requested by Plaintiff.

      The record in this matter is as follows: on July 14, 2009, the parties conferred via telephone for a Rule 26(f) conference in which they agreed to a Proposed Discovery Order that contained the dates for the end of discovery. This includes the December 11, 2009 date for the end of fact discovery. As the Court will recall, on August 4, 2009 the Court held a Civil Conference, which Plaintiff failed to attend. At that Civil Conference, the Court approved the Discovery Order, including the December 11, 2009 end date for fact discovery. See Exhibit B.

      On August 10, 2009, Defendants served written discovery demands, which Plaintiff has still not answered. Defendants also noticed the deposition of Plaintiff on November 12, 2009 (which is now scheduled for tomorrow). On September 30, November 12 and December 3, 2009, Defendants wrote letters to Plaintiff's counsel advising them that the responses to the written discovery demands were past due. See

Exhibit A. Plaintiff simply ignored these letters and telephone calls, only recently promising to produce documents by the end of the day today.

As far as Plaintiff's counsel's claim that it did not receive the written discovery demands until only recently, which were served by Federal Express, attached as Exhibit C is the Federal Express label and signed receipt demonstrating that the written discovery demands were delivered on August 11, 2009 – a day after they were served. In addition, Plaintiff never once asked for the written discovery demands in response to my letters of September 30 and November 12, 2009 or questioned why they allegedly had not been served (which they were). This is obviously a manufactured excuse with no basis in fact.

During the four-month fact discovery period, Plaintiff has failed to serve her initial disclosures, any written discovery demands or notice any depositions. Plaintiff initiated this lawsuit, yet has not engaged in the discovery process or attended the Court Conference. The Court should not condone this behavior. For these reasons, Defendants respectfully request that the Court either deny Plaintiff's request for an extension of discovery or deny any additional requests if requested by Plaintiff.

WOLLMUTH MAHER & DEUTSCH LLP

Respectfully submitted,

By: Andrew S. Baron

500 Fifth Avenue
New York, New York 10110
(212) 382-3300
abaron@wmd-law.com

*Counsel for Defendants*

Enclosures

cc:   Arnab Bhukta, Esq. (via email)
      *Counsel for Plaintiff*

## **EXHIBIT A**

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

September 30, 2009

**VIA FEDERAL EXPRESS**
Anthony C. Donofrio, Esq.
Law Offices of Anthony C. Donofrio
5518 Merrick Road
Massapequa, New York 11758

        Re:    Mariano v. LA Fitness International, LLC,
                  USDC, EDNY, No. 09-CV-1395

Dear Anthony:

       On August 10, 2009, we served Defendants' First Request for the Production of Documents and Defendants' First Set of Interrogatories. Your responses were due thirty days thereafter, yet we have not received them. Accordingly, please respond to Defendants' discovery demands immediately. In addition, you have failed to serve Initial Disclosures, which are also past due. Your continued failure to abide by the Court's Scheduling Order is unnecessarily delaying discovery. Please be advised that if you do not remedy your discovery failures by October 9, 2009, we will be forced to resort to motion practice.

                                      Very truly yours,

                                      Andrew S. Baron

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

November 12, 2009

**VIA FEDERAL EXPRESS**

Anthony C. Donofrio, Esq.
Law Offices of Anthony C. Donofrio
5518 Merrick Road
Massapequa, New York 11758

        Re:    <u>Mariano v. LA Fitness International, LLC</u>,
                  USDC, EDNY, No. 09-CV-1395

Dear Anthony:

      Enclosed is a Notice of Deposition for Plaintiff's deposition on December 7, 2009 beginning at 10:00 am at our offices. I remind you that Defendants served their First Request for the Production of Documents and First Set of Interrogatories on August 10, 2009, and you still have not responded to them despite my prior correspondence requesting that you do so and the fact that they are over two months past due. Also, you have not yet served discovery demands, and if you do so, Defendants' responses will not be due until after the close of fact discovery, which is December 11, 2009. In addition, you never served Initial Disclosures.

      Plaintiffs' continued failure to abide by the Court's Scheduling Order only highlights Plaintiffs' disinterest in prosecuting this matter. In that regard, Defendants reserve all rights and remedies.

                                                  Very truly yours,

                                                  Andrew S. Baron

Encl.

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

December 3, 2009

**VIA FACSIMILE AND FEDERAL EXPRESS**

Anthony C. Donofrio, Esq.
Law Offices of Anthony C. Donofrio
5518 Merrick Road
Massapequa, New York 11758

    Re: <u>Mariano v. LA Fitness International, LLC</u>,
       USDC, EDNY, No. 09-CV-1395

Dear Anthony:

  As you are aware, Defendants noticed the deposition of Plaintiff for December 7, 2009 beginning at 10:00 am at our offices. Though Defendants served their First Request for the Production of Documents and First Set of Interrogatories on August 10, 2009, Plaintiff still has not responded to them despite my numerous letters and telephone calls requesting that Plaintiff do so. This makes it impossible to proceed with Plaintiff's deposition.

  Defendants are prepared to adjourn Plaintiff's deposition until December 11, 2009 at 10:00 am if Plaintiff commits to producing her discovery responses so they are received by December 7, 2009. Please confirm by 5:00 pm tomorrow whether Plaintiff will do so. If not, Defendants will seek appropriate relief from the Court.

                Very truly yours,

                Andrew S. Baron

## **EXHIBIT B**

Case 2:09-cv-01395-LDW-ETB  Document 16  Filed 12/09/09  Page 8 of 12
Case 2:09-cv-01395-LDW-ETB  Document 11  Filed 08/04/09  Page 1 of 2
Case 2:09-cv-01395-LDW-ETB  Document 9  Filed 07/20/09  Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
YVETTE MARIANO,                                                :
                                                               :
                            Plaintiff,                         :  No. 09-CV-1395 (LDW) (ETB)
                                                               :
            v.                                                 :  ~~PROPOSED~~
                                                               :  <u>DISCOVERY ORDER</u>
LA FITNESS INTERNATIONAL, LLC, d/b/a a/k/a LA                  :
FITNESS, INC., LA FITNESS and LA FITNESS                       :
SPORTS CLUBS, and ANABELL SERANO a/k/a                         :
ANDY SERANO                                                    :
                                                               :
                            Defendants.                        :
-------------------------------------------------------------- X

<u>E. THOMAS BOYLE</u>, Magistrate Judge:

    The following persons participated in a Rule 26(f) conference on July 14, 2009 via telephone:

    Arnab Bhukta, Esq., counsel for Plaintiff Yvette Mariano ("Plaintiff"); and
    Andrew S. Baron, Esq., counsel for Defendants LA Fitness International, LLC and Anabell Serano ("Defendants").

1.  The deadline for motions to amend pleadings including joinder of additional parties is August 7, 2009.

2.  The date for service of initial document production demands and interrogatory requests is August 7, 2009 with responses served within thirty (30) days.

3.  The deadline for seeking approval to file any motion for summary judgment is 30 days after close of fact discovery.

4.  The date for submission of the pre-trial order is sixty (60) days after close of discovery.

5.  All fact discovery to be completed by December 11, 2009. All expert disclosures, including reports, production of underlying documents and depositions are to be completed by Plaintiff 45 days after close of fact discovery. All expert disclosures, including reports, production of underlying documents and depositions are to be completed by Defendants 45 days after submission of Plaintiff's expert disclosures. All discovery to be completed no later than 90 days after completion of fact discovery. *3/11/10*

6.  The parties do not anticipate the disclosure and discovery of electronically stored information.

9

Case 2:09-cv-01395-LDW-ETB   Document 16   Filed 12/09/09   Page 9 of 12
Case 2:09-cv-01395-LDW-ETB   Document 11   Filed 08/04/09   Page 2 of 2
Case 2:09-cv-01395-LDW-ETB   Document 9   Filed 07/20/09   Page 2 of 2

7.  Claims of privilege, including the procedure to follow for returning inadvertently produced materials, to be handled in accordance with Rule 26(b)(5) of the Fed. R. Civ. Proc.

SO ORDERED.

DATED:  New York, New York
8/4/09, 2009

/s/ E. Thomas Boyle, U.S.M.J.

E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT C**

**FedEx Express US Airbill**

FedEx Tracking Number: 8684 8413 1302

**Sender's Copy**

0215

Date: 8/10/09
Sender's FedEx Account Number: 2262-9119-9
Sender's Name: Andrew S. Baron
Phone: (212) 382-3300
Company: WOLLMUTH MAHER & DEUTSCH LLP
Address: 500 5TH AVE STE 1200
City: NEW YORK   State: NY   ZIP: 10110-0002

Your Internal Billing Reference: 5207-002

Recipient's Name: Anthony C. Donofrio
Company: Law Offices of Anthony C. Donofrio
Recipient's Address: 5518 Merrick Rd.
City: Massapequa   State: NY   ZIP: 11758

0393971071

**4a Express Package Service**
[X] FedEx Priority Overnight

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**
Dangerous goods? [X] No

**7 Payment**
[X] Sender

519



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

December 9, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **868484131302**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Aug 11, 2009 10:28 |
| Signed for by: | S.BRONNER | | |
| Service type: | Priority Overnight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 868484131302 | Ship date: | Aug 10, 2009 |

Recipient:
MASSAPEQUA, NY US

Shipper:
NEW YORK, NY US

Reference      5207-002

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339