UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
YVETTE MARIANO,                                          :
                                                         :
                                Plaintiff,           :       No. 09-CV-1395 (LDW) (ETB)
                                                         :
       v.                                                :
                                                         :
LA FITNESS INTERNATIONAL, LLC, d/b/a a/k/a LA            :
FITNESS, INC., LA FITNESS and LA FITNESS                 :
SPORTS CLUBS, and ANABELL SERANO a/k/a                   :
ANDY SERANO                                              :
                                                         :
                                Defendants.         :
------------------------------------------------------------------- X

## DEFENDANTS' LIST OF TRIAL EXHIBITS

Defendants LA Fitness International, LLC ("LA Fitness") and Anibal Serrano – incorrectly named in the Amended Verified Complaint as Anabell Serano – a/k/a as Andy Serrano ("Serrano" and, together with LA Fitness, "Defendants") – by their attorneys, Wollmuth Maher & Deutsch LLP, respectfully submit this list of exhibits Defendants may introduce at trial pursuant to the Order of Magistrate Judge E. Thomas Boyle, dated March 29, 2010.

| Exh. No. | Description |
| --- | --- |
| A | Plaintiff's Amended Verified Complaint |
| B | Plaintiff's Charge of Discrimination Filed with the United States Equal Employment Opportunity Commission |
| C | LA Fitness International, LLC Equal Employment Opportunity Policy |
| D | LA Fitness International, LLC Prohibition Against Harassment and Complaint Procedure |
| E | Sales Report for the LA Fitness International, LLC Farmingdale, NY Facility for Yvette Mariano |
| F | Sales Report for the LA Fitness International, LLC Farmingdale, NY Facility for Sergio Bernal |

| Exh. No. | Description |
|---|---|
| G | Sales Report for the LA Fitness International, LLC Farmingdale, NY Facility for Roderick Williams, Jr. |

Respectfully submitted,

WOLLMUTH MAHER & DEUTSCH LLP


                /s/
William F. Dahill, Esq.
Andrew S. Baron, Esq.

500 Fifth Avenue
New York, New York 10110
(212) 382-3300