# Memorandum

**To:** Josiah Kharjie, Deputy to Judge Wexler

**From:** Dolores Joy, Judicial Assistant to Magistrate Judge Boyle

**Subject:** <u>Mariano v. LA Fitness, Inc., et al.</u>
CV 09-1395

**Date:** April 16, 2010

---

Discovery is certified as complete.  This action is trial ready.